## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 2:25-cv-07618-AH-MBK | Date | February 23, 2026 |
| Title | Karen H. v. Bisignano | | |

| | |
|---|---|
| Present: | Hon. Michael B. Kaufman, U.S. Magistrate Judge |

| James Muñoz | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys for Plaintiff: | Attorneys for Defendant: |
| n/a | n/a |

**Proceedings:**    ORDER TO SHOW CAUSE RE: DISMISSAL

This is an appeal from the denial of Social Security disability benefits. On January 15, 2026, the Court granted Plaintiff's request to extend her time to file an opening brief. Dkt. 17. The Court ordered Plaintiff to file her brief on or before February 4, 2026. To date, Plaintiff has not filed a brief in support of her requested relief.

Plaintiff is **ORDERED** to show cause why the action should not be dismissed for failure to prosecute. Plaintiff's (1) response to this OSC and (2) brief in support of her requested relief is due **March 16, 2026.**

**Failure to comply with the terms of this order will result in a recommendation that the action be dismissed for failure to prosecute pursuant to Federal Rule of Civil Proc. 41(b).** *Applied Underwriters, Inc. v. Lichtenegger*, **913 F.3d 884 (9th Cir. 2019)**

IT IS SO ORDERED.